```
 1  EILEEN MARIE BISSEN (St.Bar #245821)
    RICHARD K. GROSBOLL (St. Bar #99729)
 2  NEYHART ANDERSON FLYNN GROSBOLL
    369 Pine Street, Suite 800
 3  San Francisco, CA  94104
    Tel: (415) 677-9440
 4  Fax: (415) 677-9445
    Email:    ebissen@neyhartlaw.com
 5            rgrosboll@neyhartlaw.com

 6  Attorneys for Plaintiffs

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE BAY AREA   )   NO. C 12 2374 NC
    ROOFERS, et al.,                    )
12                                      )   SUBSTITUTION OF
                   Plaintiffs,          )   ATTORNEYS
13                                      )
           vs.                          )
14                                      )
    NORTH BAY WATERPROOFING, etc.,      )
15                                      )
                   Defendant.           )
16  _____)
```

17    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS

19 HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST

20 BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING

21 INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY

22 APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, hereby make the

23 following substitution of attorneys:

24 <u>Former Attorneys:</u>
   ERSKINE & TULLEY
25 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
26 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
27

28 should be removed and, consequently, should no longer receive

<u>SUBSTITUTION OF ATTORNEY</u>                                    1

1  notice of e-Filings.

2  Plaintiffs' new co-counsel of record will be:

3  EILEEN MARIE BISSEN (St.Bar #245821)
   RICHARD K. GROSBOLL (St. Bar #99729)
4  NEYHART ANDERSON FLYNN GROSBOLL
   369 Pine Street, Suite 800
5  San Francisco, CA  94104
   Tel: (415) 677-9440
6  Fax: (415) 677-9445
   Email:   ebissen@neyhartlaw.com
7           rgrosboll@neyhartlaw.com

8  The following attorneys consent to this substitution:

9  Dated: __4/3__, 2013     ERSKINE & TULLEY
                            A PROFESSIONAL CORPORATION
10

11                          _____
                            MICHAEL J. CARROLL
12                          Former Attorneys for Plaintiffs
                            Boards of Trustees, et al.

13 Dated: __4/10__, 2013    NEYHART ANDERSON FLYNN GROSBOLL
14

15                          _____
                            EILEEN MARIE BISSEN
16                          New Attorneys for Plaintiffs
                            Board of Trustees, et al.

17

18 The Plaintiffs Board of Trustees of the Bay Area Roofers, et al.

19 hereby consent to the above substitution.

20 Dated: __4/3__, 2013     BOARD OF TRUSTEES OF THE BAY AREA
                            ROOFERS, et al.
21

22                          _____
                            Doug Ziegler, Trustee
23

24 IT IS SO ORDERED.

25 Dated: __April 11__, 2013   _____
                               Magistrate Judge Nathanael Cousins
26                             United States District Court

27

28

SUBSTITUTION OF ATTORNEY                                    2

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On April 10, 2013, I served the within:

## SUBSTITUTION OF ATTORNEYS

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

NORTH BAY WATERPROOFING, INC.
c/o SABRINA FOLEY
50 WATERBURY LANE
NOVATO, CA 94949

NORTH BAY WATERPROOFING, INC.
c/o SABRINA FOLEY
P.O. BOX 432
KENTFIELD, CA 94914

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 10, 2013, at San Francisco, California.

Eileen M. Bissen

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW