**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH BAY WATERPROOFING, INC.,<br><br>Defendant. | Case No. 12-cv-2374 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

After considering the case management statement submitted by plaintiffs, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' deadline to file a motion for default judgment is June 26, 2013.

2. The initial case management conference is continued to July 10, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement at least one week prior to the conference. *See* Civil L.R. 16-10(d).

IT IS SO ORDERED.

Date: May 2, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge