1  Eileen M. Bissen, State Bar No. 245821
   NEYHART, ANDERSON, FLYNN & GROSBOLL
2  369 Pine Street, Suite 800
   San Francisco, CA  94104
3  Tel.    (415) 677-9440
   Fax     (415) 677-9445
4  Email: ebissen@neyhartlaw.com

5  **Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY / NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY ARE COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND, BRUCE LAU, TRUSTEE,<br><br>           Plaintiffs,<br>   v.<br><br>NORTH BAY WATERPROOFING, INC., a California corporation;<br><br>           Defendant. | Case No.   12-cv-2374 NC<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  **[PROPOSED] ORDER**

2  IT IS HEREBY ORDERED, pursuant to the Administration Motion to Continue the Case
3  Management Conference and the declaration of Eileen M. Bissen filed in support thereof, that the
4  Case Management Conference currently scheduled in the above-referenced case for July 10, 2013
5  at 10:00 a.m. is hereby ordered continued to ____August 14____, 2013 at
6  
7  _3:00 p.m._

9  **IT IS SO ORDERED.**

11  Dated: __July 5, 2013__

GRANTED

Judge Nathanael M. Cousins

United States Magistrate Judge

*(Seal: United States District Court, Northern District of California)*

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. 12-cv-2374 NC
1