1  Eileen M. Bissen, State Bar No. 245821
   NEYHART, ANDERSON, FLYNN & GROSBOLL
2  369 Pine Street, Suite 800
   San Francisco, CA  94104
3  Tel.     (415) 677-9440
   Fax     (415) 677-9445
4  Email: ebissen@neyhartlaw.com

5  **Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY / NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY ARE COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND, BRUCE LAU, TRUSTEE,<br><br>    Plaintiffs,<br>        v.<br><br>NORTH BAY WATERPROOFING, INC., a California corporation;<br><br>    Defendant. | Case No.   12-cv-2374 NC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the Administration Motion to Continue the Case Management Conference and the declaration of Eileen M. Bissen filed in support thereof, that the Case Management Conference currently scheduled in the above-referenced case for July 10, 2013 at 10:00 a.m. is hereby ordered continued to __August 14__, 2013 at __3:00 p.m.__

**IT IS SO ORDERED.**

Dated: __July 5, 2013__

GRANTED
Judge Nathanael M. Cousins

United States Magistrate Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 12-cv-2374 NC

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

1