IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, et al., | No. C-12-2374 MMC |
| Plaintiffs, | **DIRECTIONS TO PLAINTIFFS** |
| v. | |
| NORTH BAY WATERPROOFING, INC., | |
| Defendant. | |

On August 20, 2013, Magistrate Judge Nathanael M. Cousins filed a Referral for Reassignment and Recommendation to Grant in Part and Deny in Part Motion for Default Judgment. On August 21, 2013, the instant action was reassigned to the undersigned.

To assist the Court in reviewing the recommendation and the motion for default judgment, the Court hereby DIRECTS plaintiffs to submit forthwith a chambers copy of the Supplemental Declaration of Sandy Stephenson, and attached exhibits, filed August 6, 2013.[1]

Further, a review of the file indicates plaintiffs have not filed proof of their compliance with the Magistrate Judge's order that plaintiffs serve a copy of the August 20,

---

[1] The Court has received chambers copies of all other relevant filings.

2013 order on defendant.  Accordingly, the Court hereby DIRECTS plaintiffs to file, no later than September 6, 2013, proof of service on defendant of the Magistrate Judge's order of August 20, 2013.

**IT IS SO ORDERED.**

Dated:  August 28, 2013

———————————————
MAXINE M. CHESNEY
United States District Judge